# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 4, 2014

*Before*

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>    ROBERT LODHOLTZ, *et al.*,<br>        Petitioners.<br><br>No. 14-8015 | ] Petition for Permission to<br>] Appeal from the Northern<br>] District of Indiana, South<br>] Bend Division.<br>]<br>] Nos. 3:11-cv-00432-RL-CAN &<br>]       3:11-cv-00435-RL-CAN<br>]<br>] Rudy Lozano,<br>] *Judge*. |

The following are before the court:

1. **PETITION FOR PANEL REHEARING OF RESPONDENTS, GRANITE STATE INSURANCE COMPANY AND NEW HAMPSHIRE INSURANCE COMPANY**, filed on October 20, 2014, by counsel for respondents Granite State Insurance Company and New Hampshire Insurance Company.

2. **ANSWER TO RESPONDENTS' PETITION FOR PANEL REHEARING**, filed on November 21, 2014, by counsel for the petitioners.

Upon consideration of the petition for rehearing and the response, the panel has decided to modify the opinion as follows:

The final paragraph of the opinion—"The judgment is reversed and Granite State's suit dismissed"—is changed to: "The judgment is reversed and the case remanded to the district court."

To the extent the petition for rehearing sought any further relief, it is denied.